1  Jessica L. Pascale (SBN: 262358)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025                          JS-6
3  Tel: 323-988-2400 x271
   Fax: 866-829-5083
4  jpascale@consumerlawcenter.com
   Attorneys for Plaintiff,
5  CHRIS WHITE

6

7                      UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
8

9  CHRIS WHITE,                          )   Case No.  2:12-cv-06967-MMM-E
                                         )
10          Plaintiff,                    )   [PROPOSED] ORDER GRANTING
         v.                              )   STIPULATION TO DISMISS CASE
11 STEVEN A. BOOSKA d/b/a LAW OFFICES )   WITH PREJUDICE
   OF STEVEN A. BOOSKA, CINDY            )
12 BARNES                                )
            And                          )
13 DOES 1-10,                            )
                                         )
14          Defendants.                   )
   _____)
15

16       IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with

17 Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED.

18 Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear

19 their own fees and costs.

20       IT IS SO ORDERED.

21

   DATED: November 19, 2012            _____
22

23                                      Honorable Margaret M. Morrow
                                        United States District Judge
24

25

                                        - 1 -

**PROOF OF SERVICE**

I, Jessica L. Pascale, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.  On November 14, 2012, I served the following documents:

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

Brandon L. Reeves
Ellis Law Group LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
breeves@ellislawgrp.com
Attorney for Defendants

By the following means of service:

[X]   **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]   **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on November 14, 2012, at Los Angeles, California.

By:  /s/ Jessica L. Pascale

Jessica L. Pascale

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE